UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NATIONAL SPORTSWEAR, INC., | : : : | |
| Plaintiff, | : : | **ORDER** |
| v. | : : : | No. 2:14-cv-01117 (WHW) |
| RED DIAMOND COMPANY – ATHLETIC LETTERING, RED DIAMOND COMPANY d/b/a NATIONAL SPORTSWEAR, NATIONAL SPORTS SALES, PROMOTIONS PLUS, and NJ SPORTSWEAR, | : : : : : : : | |
| Defendant. | : : | |

**Walls, Senior District Judge**

In accordance with the Opinion filed herewith,

It is, on this 6th day of August, 2014,

ORDERED that National Sportswear's Motion for Default Judgment and Permanent Injunction is granted and judgment by default is entered in favor of National Sportswear against Defendant, on all counts of the Complaint; and

IT IS FURTHER ORDERED that statutory damages in the amount of $1,000.00, attorney's fees in the amount of $2,525.00, and costs in the amount of $459.95 are hereby awarded to National Sportswear; and

IT IS FURTHER ORDERED that Defendant and its respective officers, agents, servants, employees, subsidiaries, related entities and all person(s) in participation with it are hereby permanently restrained and enjoined from the following:

a) Using the National Sportswear name and Marks in connection with the sale and/or decoration of apparel goods; and

b) Falsely representing themselves as being connected with National Sportswear or having any association with National Sportswear, including but not limited to, on Defendant's website or in Defendant's online advertising; and

c) Engaging in any act which is likely to falsely cause members of the public to believe Defendant is sponsored by, endorsed by or in any other way associated with National Sportswear; and

d) From engaging in any other act unfairly competing with National Sportswear; and

IT IS FURTHER ORDERED that interest on amounts awarded shall accrue at the legal rate from this date forward.

**/s/ William H. Walls**
United States Senior District Judge